JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR NOE LUX CHANCHAVAC,<br>Petitioner,<br>v.<br>WARDEN, ADELANTO ICE PROCESSING CENTER ET AL,<br>Respondent. | Case No. 5:26-cv-01524-HDV-MAR<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**. Respondents are **ORDERED** to immediately release **Edgar Noe Lux Chanchavac (A-Number 246-057-059)** from custody under appropriate conditions of supervision. Respondents are enjoined from re-detaining Petitioner without first providing Petitioner with individualized notice describing the change in circumstances necessitating his arrest and/or detention, and a pre-deprivation bond hearing before a neutral adjudicator at which Respondents will bear the burden of proof. Petitioner shall not be detained unless Respondents demonstrate by clear and convincing evidence at the pre-deprivation hearing that Petitioner is a flight risk or a danger to the community, and that there are no conditions or combination of conditions that will reasonably assure Petitioner's appearance and/or the safety of any other person in

the community (for the avoidance of doubt, the adjudicator must conduct an individualized assessment of Petitioner's suitability for bond in light of the foregoing standard).

Respondents shall file a notice of compliance within twenty-four hours of the entry of Judgment.

Dated: September 4, 2026

HERNÁN D. VERA
United States District Judge